MEMO ENDORSED

# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)  
WALTER MACK

OF COUNSEL  
JOHN JACOB RIECK, JR.  
JOHN F. KALEY  
e-mail: firm@doarlaw.com  
website: www.doarlaw.com

ASTOR BUILDING  
7TH FLOOR  
217 BROADWAY  
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730  
FACSIMILE: (212) 962-5037

December 30, 2024

**Via ECF Filing and Email**  
Hon. Ona T. Wang  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:  *United States v. Sergine Toure*  
Docket No. 24 Cr. 500 (OTW)

Dear Magistrate Judge Wang:

I was appointed to represent Sergine Toure in the above-referenced matter. Presently, Mr. Toure is scheduled to be sentenced on January 6, 2025. I write with the consent of the Government (per AUDSA Meredith Foster) to request that Mr. Toure's sentencing be adjourned to January 23rd or 24th, or to February 3rd or 4th, if any of those dates are convenient for the Court. The reason for this request is that the PSR was disclosed on Friday, December 27, 2024 and I was able to review it on Saturday, December 28th. Prior to completing a sentencing submission on Mr. Toure's behalf, and to prepare for sentencing with Mr. Toure, I need to review the PSR with Mr. Toure. However, Mr. Toure neither speaks, reads nor writes in English. Accordingly, Mr. Toure, as a native of Senegal, requires the assistance of a Wolof interpreter, which I will arrange and schedule as soon as possible. Additionally, the PSR notes a pending minor matter in New York County Criminal Court, which Mr. Toure understood to have been dismissed. I will go over to that Court as soon as possible to determine the status of that matter and whether it actually still is active.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/  
John F. Kaley

cc: AUSA Meredith Foster  
U.S. Probation Officer Stephanie McMahon  
(both by ECF filing and email)

---

**SO ORDERED:**

Application GRANTED. The January 6th sentencing has been adjourned to January 23, 2025 at 11:30 a.m.

**Ona T. Wang**   1/1/25  
United States Magistrate Judge