**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :        24-CR-500 (OTW)
                                                            :
        -against-                                           :        **ORDER**
                                                            :
SERIGNE TOURE,                                              :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Mr. Toure's request for early termination of his six-month

probation term. (ECF 48). If the Government and/or Probation wishes to inform the Court of

their position on this request and rationale, they should do so by **5:00 pm on Monday,**

**March 24, 2025.**

     SO ORDERED.

                                                            _s/ Ona T. Wang_
Dated: March 21, 2025                                       **Ona T. Wang**
       New York, New York                                   United States Magistrate Judge