**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                        24-CR-500 (OTW)

      -against-                      **ORDER**

SERIGNE TOURE,

            Defendant.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Mr. Toure's letter requesting early termination of his six-month probation term. (ECF 48). On March 21, 2025, this Court issued an Order providing both the Government and Probation the option to inform the Court of their position on Mr. Toure's request for early termination of probation. (ECF 49). The deadline to do so has passed and the Court is not in receipt of any filing from the Government or Probation.

Mr. Toure was sentenced to six months of probation with the special condition that, jointly and severally liable with three others, he pay $3,000 restitution to the Senegalese Consulate. (ECF 43). The Court explained at Mr. Toure's sentencing that it would entertain "a motion to terminate [Mr. Toure's] probation early" once Mr. Toure's outstanding state court issue was resolved. (ECF 46 at 16).

Mr. Toure's letter informed the Court that: (1) restitution was paid in full by one of the other three men charged; and (2) Mr. Toure's outstanding state court issue was resolved on March 19, 2025. (ECF 48).

The Court views Mr. Toure's actions as further indication that he has indeed taken this case seriously and is remorseful for his conduct. Therefore, the request for early termination of Mr. Toure's six-month sentence of probation is **GRANTED.**

The Clerk of Court is respectfully directed to close ECF 48.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: March 24, 2025<br>New York, New York | _s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |